# Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court

United States District Court for the <u>Western</u>

District of <u>Washington</u>

File Number <u>2:12-CV-01906RSM</u>

_____ FILED        _____ ENTERED
_____ LODGED     _____ RECEIVED

**SEP 17 2014**  PM

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

| | | |
|---|---|---|
| Boualem Habib | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Notice of Appeal | |
| | ) | |
| Matson Navigation Co. | ) | |
| Inc., | ) | |
| Defendant. | ) | |

Notice is hereby given that Boualem Habib, plaintiff in the above named case, hereby

appeal to the United States Court of Appeals for the Ninth Circuit from an order Granting

Defendant's Summary Judgment Motion, entered in this action on the **26** day of

**August**, 20**14**.

(s) _Boualem Habib_

Pro se

Address: 1737 Habor Ave SW, Unit S-306
Seattle, WA, 98126