FILED

UNITED STATES COURT OF APPEALS

MAY 24 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

BOUALEM HABIB,

    Plaintiff-Appellant,

v.

MATSON NAVIGATION COMPANY, INC., a Hawaii corporation,

    Defendant-Appellee.

No. 14-35790

D.C. No. 2:12-cv-01906-RSM
Western District of Washington, Seattle

ORDER

    The court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and record and the decisional process would not be significantly aided by oral argument. This case shall be submitted on the briefs and record, without oral argument, on Friday, June 9, 2017, in Seattle, Washington. Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Omar Cubillos
Deputy Clerk
Ninth Circuit Rule 27-7