FILED

JUN 28 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BOUALEM HABIB, | No.   14-35790 |
| Plaintiff-Appellant, | D.C. No. 2:12-cv-01906-RSM |
| v. | Western District of Washington, Seattle |
| MATSON NAVIGATION COMPANY, INC., a Hawaii corporation, | ORDER |
| Defendant-Appellee. | |

Before:  McKEOWN, CALLAHAN, and IKUTA, Circuit Judges.

Counsel's motion to withdraw and Appellant's motion for extension of time to file a petition for rehearing *en banc* are granted.  Appellant shall have 14 days from the day that this order is filed to file his petition for rehearing *en banc*.